UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONGE ORELLANA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,<br><br>Respondents. | No.  1:26-cv-04322-DAD-CKD<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING FROM RESPONDENTS |

On June 5, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by immigration authorities. (Doc. No. 1.)  In that petition, petitioner requested an order requiring his immediate release.  (*Id.* at 7.)  On June 9, 2026, the court construed this petition as including a motion for temporary restraining order and set a briefing schedule on that motion.  (Doc. No. 4.)  On June 10, 2026, respondents filed an opposition to petition for writ of habeas corpus.  (Doc. No. 6.)  In that opposition, respondents argue that petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2) (*id.* at 3–4) and is alternatively subject to mandatory detention pursuant to 8 U.S.C § 1226(a) which does not authorize mandatory detention (*id.* at 4).  Respondents do not provide any factual background or supporting documentation in connection with their opposition.  (*Id.*)  Petitioner alleges that on April 26, 2026, his application for voluntary departure was approved and that the time for

1

voluntary departure expired on May 26, 2026. (Doc. No. 1 at 6.) Under 8 C.F.R. § 1240.26(d), the granting of a request for voluntary departure requires that the immigration judge enter an "alternate order" of removal. *See also Ortega v. Warden of Golden State Annex Ice Det. Facility*, No. 1:25-cv-01856-DAD-CSK, 2026 WL 836323, at *1 (E.D. Cal. Mar. 26, 2026) (discussing voluntary departure procedures).

Accordingly, on the current record it is unclear whether petitioner is currently subject to a final removal order. The court therefore ORDERS respondents to file supplemental briefing no later than 5:00 PM on Friday, June 12, 2026 providing the necessary factual background to determine the applicable detention authority in this case.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2